FILED BY _____ D.C.

05 AUG 25 PM 3: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## Western Division

**UNITED STATES OF AMERICA**

-vs-                                                    Case No.  2:05cr20291-001B

**JAMES TAYLOR BANKS**

_____

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.  Defendant to pay
  $200 per month into the registry of this court to help offset the cost of his counsel.

### TYPE OF APPOINTMENT

- All purposes including trial and appeal

**DONE** and **ORDERED** in  167 North Main, Memphis, TN, this 25th day of August, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
JAMES TAYLOR BANKS

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20291 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT