IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    No. 05-20291-B/P

JAMES TAYLOR BANKS,

    Defendant.

## ORDER OF TRANSFER

On August 19, 2005, Judge Samuel H. Mays, Jr. entered an order transferring United States of America v. Veronda Jackson, No. 05-20070, (as to Defendant Veronda Jackson only) to the undersigned in exchange for an equivalent case. The court is hereby transferring the above-styled case to Judge Mays pursuant to the order of transfer. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from** 05-20291-B/P **to** 05-20291-Ma/P.

IT IS SO ORDERED this 30th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20291 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT