IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 21  AM 6: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                              NO. 05-20291-Ma

JAMES TAYLOR BANKS,

    Defendant.

---

ORDER RESETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME

---

Before the court is the defendant's November 17, 2005, motion to reset a change of plea hearing which was set on November 18, 2005. The continuance is necessary to allow for a additional time to prepare, and for good cause shown, the motion is granted. The change of plea hearing is **reset** to **Wednesday, December 14, 2005, at 1:30 p.m.**

The period from November 18, 2005, through December 16, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

It is so ORDERED this _18th_ day of November, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-21-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20291 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT