*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

FILED BY ⟶ D.C.

05 NOV 21 PM 5: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
WD OF TN, MEMPHIS
*Deputy in charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

## NOTICE OF RE-SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

November 18, 2005

RE: 2:05cr20291-01-Ma
   *USA v. JAMES TAYLOR BANKS*

Dear Sir/Madam:

The **CHANGE OF PLEA HEARING** has been **RE-SET** before **Judge Samuel H. Mays, Jr.** on **WEDNESDAY, DECEMBER 14, 2005** at **1:30 P.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.** (Reset from 12/2/05)

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: Jean Lee
  Jean Lee, Case Manager
  901-495-1239

24



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20291 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT